IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHERYL DOUGHERTY, individually, and
On behalf of all others similarly situated,

    Plaintiff,

v                                  CIVIL ACTION NO.: 2:09-CV-00443

RAMONA CERRA, et al.

    Defendants.

## NOTICE OF CHANGE OF FIRM NAME

NOW COMES Harry F. Bell, Jr. and Bell & Bands, PLLC and advises all counsel of record and the Honorable Court that effective August 3, 2009, the name of the law firm will be The Bell Law Firm, PLLC. All other contact information will remain the same.

                                      PLAINTIFF CHERYL DOUGHERTY
                                      By Counsel


_/s/ Harry F. Bell, Jr._____
Harry F. Bell, Jr., Esquire (WV State Bar # 297)
Andrew L. Paternostro (WV State Bar # 5541)
Jonathan W. Price (WV State Bar # 10868)
Robert W. Absten (WV State Bar # 9818)
Roger L. Lambert (WV State Bar # 10800)
Arthur J. Chmiel (WV State Bar # 6055)
THE BELL LAW FIRM, PLLC f/k/a BELL & BANDS, PLLC
Post Office Box 1723
Charleston, West Virginia 25326
(304) 345-1700
(304) 345-1715 (Facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHERYL DOUGHERTY, individually, and
On behalf of all others similarly situated,

    Plaintiff,

v                                         CIVIL ACTION NO.: 2:09-CV-00443

RAMONA CERRA, et al.

    Defendants.

## CERTIFICATE OF SERVICE

    I, Harry F. Bell, Jr., counsel for Cheryl Dougherty, individually, and on behalf of all other similarly situated, hereby certify that on August 3, 2009, I served the foregoing **"NOTICE OF CHANGE OF FIRM NAME"** upon all parties and counsel of record with the clerk of the court, using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

        Michael M. Fisher, Esquire
        Jackson Kelly
        1600 Laidley Tower
        Post Office Box 553
        Charleston, West Virginia 25322

        Gary Pullin, Esquire
        Pullin Fowler Flanagan Brown & Poe
        901 Quarrier Street
        Charleston, West Virginia 25301

        Daniel McNeel Lane, Jr., Esquire
        Brian S. Jones, Esquire
        Akin Bump Strauss Hauer & Feld, LLP
        300 Convent Street, Suite 1500
        San Antonio, Texas 78205-3732

                /s/Harry F. Bell, Jr.\_\_\_\_
                Harry F. Bell, Jr.